# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHERMAN DAVENPORT,

      Plaintiff,

-vs-                                    Case No. 6:06-cv-1459-Orl-28KRS

PLEASANT TIMES, LLC d/b/a
KOZY KORNER and
CRUM RESOURCES II, INC.,

      Defendant.

___

## ORDER

This case is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No. 39) filed June 22, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 16, 2007 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The settlement agreement is approved except for the confidentiality provision in paragraph 3.

    3.    This case is dismissed with prejudice.

    4.    The Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this __10__ day of September, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party